ACCEPTED
14-18-00306-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 2:01 PM
CHRISTOPHER PRINE
CLERK

No. **14-18-00306-CR, 14-18-00307-CR, 14-18-00308-CR, 14-18-00309-CR, 14-18-00310-CR, 14-18-00311-CR, & 14-18-00312-CR**

| | | |
|---|---|---|
| ISAIAH HAYES GONZALES | § | IN THE 14ᵀᴴ COURT OF APPEALS |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | OF THE STATE OF TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 2:01:24 PM
CHRISTOPHER A. PRINE
Clerk

## DESIGNATION OF NEW LEAD COUNSEL UNDER TEX.R.APP.P. 6.1

TO THE COURT OF APPEALS:

ISAIAH HAYES GONZALES, Appellant, designates the following attorney as his

new lead counsel in this cause:

> Melissa Martin
> Assistant Public Defender
> Harris County Public Defender's Office
> 1201 Franklin Street, 13th floor
> Houston, Texas 77002
> (713)-368-0016
> (713)-368-9278 (FAX)
> Melissa.Martin@pdo.hctx.net
> SBT # 24002532

Please remove Original Lead Counsel Scott Pope from case and replace with Melissa Martin.

Respectfully submitted,


/s/ *Scott Pope*                                        /s/ *Melissa Martin*
Scott Pope                                                 Melissa Martin
Assistant Public Defender                        Assistant Public Defender
(Original lead counsel)                            State Bar No. 24002532
State Bar No. 24032959                           1201 Franklin, 13th floor
1201 Franklin, 13th floor                         Houston, Texas 77002
Houston, Texas 77002                             (713)-368-0016
(713)-368-0016                                          (713)-368-9278 (FAX)
(713)-368-9278 (FAX)                              Melissa.Martin@pdo.hctx.net
scott.pope@pdo.hctx.net

**CERTIFICATE OF SERVICE**

I certify that a copy of this above motion was e-served on the Harris County District Attorney's Office on May 14, 2018.


/s/ *Melissa Martin*
Melissa Martin